UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| George Earl Jones, Jr., | § | |
| Plaintiff, | § | |
| versus | § | Miscellaneous H-09-605 |
| Michael J. Astrue, | § | |
| Defendant. | § | |

## Opinion on Dismissal

On its face, the proposed complaint by George Earl Jones, Jr., pleads that he has appealed more than sixty days after the time allowed by the statute.

His case will be dismissed for failing to describe a legally cognizable claim.

Signed on December 30, 2009, at Houston, Texas.

_____
Lynn N. Hughes   USDJ
United States District Judge